UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X

THE ANNUITY, PENSION, WELFARE, TRAINING AND
LABOR MANAGEMENT COOPERATION TRUST FUNDS
OF THE INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, JOHN CRONIN, THOMAS D. GORDON
HUGH MANLEY, TYREEF BEVEL, JOHN F. O'HARE, ROBERT
G. WESSELS and MICHAEL SALGO, and INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 14-14B, AFL-CIO,
BY ITS BUSINESS MANAGER-FINANCIAL SECRETARY
EDWIN L. CHRISTIAN,

~~PROPOSED~~
**DEFAULT JUDGMENT**

25-CV-8871 (KMK)

                                       Plaintiffs,

    -against-

COMMODORE MAINTENANCE CORP.,

                                     Defendant.

————————————————————————X

The Court grants Plaintiffs' motion for default judgment and the Clerk of the Court is directed to enter judgment against Defendant COMMODORE MAINTENANCE CORP. in the amount of $71,355.19 which has been calculated as follows: (1) $61,587.80 in ERISA contributions; (2) $642.38 in interest; (3) $642.38 in statutory damages equal to the amount of interest identified above; (4) $4,707.63 in non-ERISA contributions; (5) $3,247.00 in attorneys' fees; and (6) $528.00 in costs and disbursements.

Dated: White Plains, New York
      April 20      , 2026

                                        SO ORDERED:

                                        The Honorable Kenneth M. Karas
                                        United States District Judge